# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE HONORABLE CATHY ANN BENCIVENGO | ORDER |

BURNS, Judge:

The following civil cases are transferred from Judge Burns to Judge Bencivengo:

1) *Cueto v. Overseas Shipholding Group*, Inc., 10cv1243;
2) *Delalat v. Fountain Valley Regional Hospital & Medical Center*, 10cv1273;
3) *Brain Life, LLC v. Elekta, Inc.*, 10cv1539 (and consolidated case 12cv303).
4) *United States v. $28,000*, 10cv2378;
5) *Schroeder v. Sullivan*, 10cv2527;
6) *Nance v. May Trucking Company*, 11cv537;
7) *Compufill, LLC v. Walgreen Co.*, 11cv1114;
8) *Chetti v. Merrimak ATM Group, LLC*, 11cv1496;
9) *Chongqing Born Science & Technology (Group) Co., Ltd. v. Hood*, 11cv1697.

///
///

The initials CAB shall replace LAB in all future pleadings. All pending motion hearing and pretrial conference dates on the calendar of Judge Burns shall remain as scheduled on the calendar of Judge Bencivengo unless and until changed by Judge Bencivengo. All dates calendared before the magistrate judges shall remain as scheduled.

Several more cases remain to be transferred from Judge Burns to Judge Bencivengo, and the Court will issue another order transferring those additional cases.

**IT IS SO ORDERED.**

DATED: 2/24/12

*[signature]*
HONORABLE LARRY ALAN BURNS
United States District Judge