1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brain Life, LLC,<br><br>                                   Plaintiff,<br><br>        vs.<br><br>Medtronic, Inc., Varian Medical Systems,<br>Inc., Brainlab, Inc.,<br><br>                                   Defendants. | CASE NO. 10cv01539-CAB (BGS)<br><br>ORDER GRANTING MOTIONS TO<br>DISMISS THE SECOND AMENDED<br>COMPLAINT WITHOUT<br>PREJUDICE<br>[Doc. Nos. 98, 100] |

11
12
13
14
15
16

17   Having considered the papers filed in conjunction with the pending motions to dismiss [Doc.

18 Nos. 98, 100], the Court finds that Plaintiff's allegations of contributory infringement do not meet the

19 pleading requirements imposed by the Supreme Court in *Bell Atl. Corp v. Twombly*, 550 U.S. 544

20 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).  Accordingly, the motions to dismiss [Doc. Nos.

21 98, 100] are **granted without prejudice to Plaintiff amending the complaint**.  Plaintiff's papers

22 demonstrate its ability to cure the pleading deficiencies at issue.  As a result, the Court grants Plaintiff

23 leave to amend its complaint on or before **February 11, 2013** to sufficiently plead contributory

24 infringement and remove allegations against dismissed parties.

25   IT IS SO ORDERED.

26 DATED:  January 24, 2013

27

28

_____
**CATHY ANN BENCIVENGO**
United States District Judge